FILED

04/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0572

| | |
|---|---|
| SCARLET VAN GARDEREN, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>STATE OF MONTANA, et al.,<br>Defendants-Appellants. | **ORDER** |

GLBTQ Legal Advocates & Defenders and The National Center For Lesbian Rights (together "Proposed Amici") have filed an Unopposed Motion for Leave to File an Amicus Curiae Brief. Plaintiffs-Appellees and Defendants-Appellants in this matter have not objected.

IT IS HEREBY ORDERED that the motion to file an amicus brief is GRANTED.

IT IS FURTHER ORDERED that the amicus brief of Proposed Amici shall be filed on or before April 12, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 1 2024